THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID RUBIN, Appellant, against WARDEN OF ATTICA STATE PRISON, Respondent.

Submitted February 25, 1946; decided March 7, 1946.

*David Rubin*, in person, for motion.

*Nathaniel L. Goldstein*, Attorney-General (*Emil L. Cohen* of counsel), opposed.

Motion dismissed on the ground that no appeal lies to this court from the order of the Appellate Division denying leave to prosecute an appeal to that court as a poor person, since the order does not finally determine the proceeding within the meaning of the Constitution.